

# Fourth Court of Appeals
## San Antonio, Texas

November 30, 2021

No. 04-21-00215-CV

Johnny **VASQUEZ**,
Appellant

v.

Sonia **SOTELLO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00358
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

In the underlying suit, no reporter's record was taken. After the clerk's record was filed, Appellant filed his brief on November 24, 2021, but Appellant's brief does not comply with Rule 38.1 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. Specifically, the brief has, among others, the following defects:

- the Statement of Facts has no citations to the clerk's record, *contra id.* R. 38.1(g); and
- the three-sentence Argument section does not contain any citations to authorities or to the clerk's record, *contra id.* R. 38.1(i).

This court may order a party to amend, supplement, or redraw a brief if it flagrantly violates Rule 38. *See id.* R. 38.9(a). We conclude that the defects described above constitute flagrant violations of Rule 38.

Therefore, we STRIKE Appellant's brief and ORDER Appellant to file an amended brief within TEN DAYS of the date of this order. **The amended brief must correct all the violations listed above and fully comply with the applicable rules.** *See, e.g., id.* R. 9.4, 9.5, 38.1. If the amended brief does not comply with this order, we "may strike the brief, prohibit [Appellant] from filing another, and proceed as if [Appellant] had failed to file a brief." *See id.* R. 38.9(a); *see also id.* R. 38.8(a) (authorizing this court to dismiss an appeal if an appellant fails to timely file a brief).

If Appellant timely files a brief that complies with this order, Appellee's brief will be due thirty days after Appellant's brief is filed. *See* TEX. R. APP. P. 38.6(b).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of November, 2021.

MICHAEL A. CRUZ, Clerk of Court